# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                  **RE:**   Saul CORONA
                         Docket Number: 2:05CR00448-06
                         **CONTINUANCE OF JUDGMENT**
                         **AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from August 11, 2006, to August 25, 2006, at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** More time is needed to complete the presentence report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                         Respectfully submitted,

                         SCOTT W. STOREY
                         United States Probation Officer

**REVIEWED BY:**           
                         KAREN A. MEUSLING
                         Supervising United States Probation Officer

**FILED**
JUL 1 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Dated:     July 7, 2006
             Sacramento, California

Attachment

**RE:   Saul CORONA**
**Docket Number:   2:05CR00448-06**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:    Clerk, United States District Court
       United States Attorney's Office
       United States Marshal's Office
       Federal Defender (If defense counsel is court-appointed)
       Probation Office Calendar clerk

✓ **Approved**                           _____        7/17/06
                                         EDWARD J. GARCIA
                                         **Senior United States District Judge**        **Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal Number: 2:05CR00448-06** |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Saul CORONA | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | August 25, 2006 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 18, 2006 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | August 11, 2006 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 4, 2006 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | July 21, 2006 |

3