1  JUAREZ LAW OFFICE
   Santiago E. Juarez
2  37 Arroyo Seco Circle
   Espanola, New Mexico 87532
3  505-747-7190 Phone/Fax


FILED
AUG 2 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:05-CR-00448-EJG-1 |
| ) | |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE OF |
| ) | SENTENCING *& Order* |
| vs. ) | |
| ) | |
| ROBERTO CORONA, ) | |
| ) | |
| Defendant ) | c/EJG |
| ) | |

COMES NOW, counsel for Roberto Corona and would indicate that he has spoken with the Assistant United States Attorney assigned to this matter and to all other counsel in this case as to a request to continue the current sentencing date set for September 15, 2006 and all counsel have agreed that the matter may be set over at the discretion of the court to October 6th, 2006.

Counsel is requesting this continuance of the sentencing due to schedule issues that did not allow him to be available in time for the client interview with Probation services. Probations services are in agreement with this request.

Dated this 18th Day of August, 2006

/s/Santiago E. Juarez         /s/Krista Hart              /s/Steven Bauer
Counsel for Roberto Corona    Counsel for Adrian Venegas  Counsel for Humberto Marmolejo
Santiago E. Juarez            Krista Hart                 Steven Bauer

IT IS SO ORDERED

_____ 8/22/06

STIPULATION TO CONTINUE SENTENCING DATE - 1